FILED

2018 APR 11  PM 4: 49

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | JUDGE GAUGHAN |
| | ) | |
| v. | ) | CASE NO. 1 : 18  CR  183 |
| | ) | Title 18, Sections |
| JOSHUA GILCHRIST, | ) | 924(c)(1)(A)(ii), and 2113(a) and |
| | ) | (d), United States Code |
| Defendant. | ) | |

COUNT 1
(Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d))

The Grand Jury charges:

On or about December 8, 2017, in the Northern District of Ohio, Eastern Division, the

defendant, JOSHUA GILCHRIST, by force and violence, or intimidation, did take from the

person or presence of bank tellers and other employees at the Key Bank, 3601 Chester Avenue,

Cleveland, Ohio, approximately $3,496 in monies belonging to, or in the care, custody, control,

management, or possession of said bank, the deposits of which were then insured by the Federal

Deposit Insurance Corporation, and in committing such offense, did put in jeopardy the lives of

bank employees and others by the use of a dangerous weapon, in violation of Title 18, United

States Code, Sections 2113(a) and (d).

## COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

On or about December 8, 2017, in the Northern District of Ohio, Eastern Division, the defendant, JOSHUA GILCHRIST, did use or carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Armed Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.