# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 18 CR 183 |
| | ) | |
| Plaintiff, | ) | JUDGE GAUGHAN |
| | ) | |
| JOSHUA GILCHRIST | ) | TRIAL BRIEF |
| Defendant | ) | |

Now comes the defendant, JOSHUA GILCHRIST, by and through his attorney, James McDonnell, and submits the following trial brief.

STATEMENT OF FACTS

If this case proceeds to trial, the Defendant will present evidence that a toy gun was used in the offense and not a real gun. Furthermore the defendant, through his own testimony, will introduce evidence that he previously robbed a bank in Oklahoma, that a toy gun was used in that case and a toy gun was retrieved from his car a short time after the Oklahoma robbery.

There are no stipulations at this time.

Defense counsel has discussed and reviewed the proposed jury instructions and proposed voir dire questions with the AUSA and has no objection to the instructions and stipulations submitted to the court.

Defense counsel has no exhits.

Defense may call Aaron O'Brien as a defense witness.

.

                    Respectfully Submitted,

                    s/ James J. McDonnell_____
                    JAMES J. MCDONNELL (0005802)
                    Attorney for Defendant
                    55 Public Square, Suite 2100
                    Cleveland, Ohio  44113
                    (216) 781-2125 (phone)
                    (216) 363-6054 (fax)
                    jamesjmcdonnell@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trial Brief will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    s/ James J. McDonnell_____
                    JAMES J. MCDONNELL (0005802)
                    Attorney for Defendant